UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 11-32445 GMB

Debtor: Martin G. & Donata M. Murphy

| Check Number | Creditor | Amount |
|---|---|---|
| 1834586 | Roebling Bank | 2347.84 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  February 11, 2014